# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIAM H. CLARK, | : | Case No. 3:25-cv-2 |
| | : | |
| Petitioner, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN, CHILLICOTHE | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

# ORDER

This case is currently before the Court upon Respondent's Motion for Extension of Time. (Doc. #8). Respondent moves this Court for an order granting an enlargement of time—though and including June 3, 2025—in which to file an answer to the petition for a writ of habeas corpus. *Id.*

For good cause shown, Respondent's Motion for Extension of Time (Doc. #8) is hereby **GRANTED**. Accordingly, Respondent's answer is due on or before **June 3, 2025**.

**IT IS SO ORDERED.**

April 4, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge